UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON CAGLE, | § § § | |
| Plaintiff | § § | |
| v. | § § | No. 3:20-cv-1681-BN |
| UNITED SURGICAL PARTNERS INTERNATIONAL, INC., and USPI HOLDING COMPANY, INC., | § § § § § | |
| Defendants | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jason Cagle and Defendants United Surgical Partners International, Inc. and USPI Holding Company, Inc. (collectively, the "Parties") hereby notify the Court that they have resolved the matters in the above-titled action. Accordingly, the Parties stipulate to dismissal of this action and all claims asserted therein with prejudice. A proposed Agreed Final Order of Dismissal with Prejudice has been submitted to the Court contemporaneously with this Stipulation.

| | |
|---|---|
| Dated:  January 6, 2022 | Respectfully submitted, |

/s/ Chase J. Potter
**ROGGE DUNN**
State Bar No. 06249500

E-Mail: dunn@righttowork.com

**CHASE J. POTTER**
State Bar No. 24088245
E-Mail:  potter@roggedunngroup.com

**A. DAVID GROSS**
State Bar No. 08531200
E-Mail:  gross@roggedunngroup.com

ROGGE DUNN GROUP, PC
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEYS FOR PLAINTIFF**


*/s/ Melissa M. Goodman (w/permission)*
Stacy L. Brainin
State Bar No. 02863075
stacy.brainin@haynesboone.com
Melissa M. Goodman
State Bar No. 00790648
melissa.goodman@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, I electronically transmitted the attached document to all counsel of record via the Court's ECF system.

> */s/ Chase J. Potter*
> Chase J. Potter